United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CESAR M.-A. [1], | § | |
|  Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-138 |
| | § | |
| PAM BONDI, *et al.,* | § | |
| *in their official capacities,* | § | |
|  Respondents. | § | |

## ORDER GRANTING LEAVE TO AMEND, SETTING RESPONSIVE PLEADING DEADLINE AND DELAYING ISSUANCE OF SCHEDULING ORDER

This Court held a status conference to discuss subject matter jurisdiction considering Petitioner Cesar M.-A.'s pending immigration case. *See minute entry dated August 28, 2025.*

Petitioner responded to Court's questions related to the pending immigration case of Cesar M.-A. *Id.* Petitioner informed the court of a pending appeal before the Board of Immigration Appeals (BIA), filed on August 18, 2025, by Cesar M.-A. *Id.* Petitioner further requested leave to amend the Cesar M.-A.'s petition to reflect a more accurate depiction of the facts and to demonstrate subject matter jurisdiction. *Id.* Additionally, Petitioner's counsel informed the court that Petitioner remained detained in the Southern District of Texas. *Id.* Respondent Pam Bondi, *et al.* did not object to Petitioner's request for leave to amend original petition. *Id.* Petitioner requested the Court retain jurisdiction. *Id.* The Court acknowledged its territorial jurisdiction over the Petitioner at this time. *Id.*

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, courts should grant leave to amend freely. *Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597 (5th Cir. 1981) (explaining that Rule 15 "evinces a bias in favor of granting leave to amend.") Accordingly,

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

the Court **GRANTS** Petitioner's motion for leave to amend Cesar M.-A.'s. Petitioner shall file the amended pleading **no later than September 10, 2025**.

Through an oral motion, Respondent requested an extended time to file a responsive pleading. *See minute entry dated August 28, 2025*. Petitioner was unopposed. *Id*. The Court finds good cause supports Respondent's motion to extend their responsive deadline. *Id*. Rule 15(a)(3) of the Federal Rules of Civil Procedure provides that a party may file any required response to an amended pleading at a time ordered by the court. Accordingly, the Court **GRANTS** the extension motion. Respondent shall file a responsive pleading to Petitioner's amended complaint **no later than October 10, 2025**.

Currently, and due to the developing nature of this petition and the pending appeal before the BIA, this Court **DELAYS** issuing a schedule order.

Signed on September 2, 2025.

Karen Betancourt
United States Magistrate Judge

2