United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CESAR M.-A.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-138 |
| | § | |
| PAM BONDI, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER

The Court held a status conference (*see minute entry dated December 17, 2025*) to inquire about Respondent's Advisory (Dkt. No. 30) representing that the Petitioner had been removed from the United States.

Respondents admitted on the record that Petitioner had a pending appeal before the Immigration Courts and did not have a final order of removal when he was removed from the U.S. Respondents agreed Petitioner's deportation was in error.

The Court **ORDERS** that Respondents shall facilitate the return of Petitioner Cesar M.A. to the United States **by no later than January 15, 2026**.

Further, the Court **ORDERS** that by **no later than January 15, 2026**, Respondents shall file a status report informing the Court that Petitioner Cesar M. A. has been returned to the United States, or they shall inform the Court what actions they undertook to return him and the prospects for returning him.

Signed on December 19, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.