United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CESAR M.-A.[1],<br>　　Petitioner,<br><br>v.<br><br>PAM BONDI, *et al.*,<br>*in their official capacities,*<br>　　Respondents. | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:25-cv-138<br>§<br>§<br>§<br>§ |

**ORDER FOR THIRD STATUS REPORT ON RETURN OF PETITIONER**

　　On February 18, 2026, the Court received Respondents' timely status report, in which Respondents indicated that "Petitioner has not been returned to the United States," crucial parole forms "were processed and approved on February 17, 2026," and relevant officers anticipate "Petitioner[] will be returned to the United States in approximately one month." Dkt. No. 43.

　　The Court, continuing its previous position, **ORDERS** that Respondents shall facilitate the return of Petitioner Cesar M.A. to the United States by **no later than March 20, 2026**.

　　Given that Respondents are still under an obligation to facilitate Petitioner's return, the Court **ORDERS** that by **no later than March 20, 2026**, Respondents shall file a status report informing the Court that Petitioner Cesar M. A. has been returned to the United States, or they shall inform the Court what actions they undertook to return him and the prospects for returning him.

　　Signed on February 20, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Betancourt*
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　Karen Betancourt
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.